**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ADAMS,              ) | NO. EDCV 08-00320-GHK (MAN) |
|         Petitioner,         ) | |
|     v.                      ) | JUDGMENT |
| ROBERT HOREL, WARDEN,       ) | |
|         Respondent.         ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    1/15/12    .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE